The People of the State of New York, Respondent, v Scott Liden, Appellant.

Submitted March 7, 2011; decided May 3, 2011

Motion for leave to appeal granted. Motion for poor person relief granted.